# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ALEXSAM, INC. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:10-cv-00093 |
| | ) | |
| v. | ) | |
| | ) | |
| BEST BUY STORES LP, BARNES & NOBLE, INC., BARNES & NOBLE MARKETING SERVICES CORP., THE GAP, INC., DIRECT CONSUMER SERVICES, LLC, THE HOME DEPOT, INC., HOME DEPOT INCENTIVES, INC., J.C. PENNEY COMPANY, INC., J.C. PENNEY CORPORATION, INC., MCDONALD'S CORPORATION, P2W, INC. NFP, TOYS "R" US, INC., AND TRU-SVC, LLC., | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

83143660.1

It is hereby ordered that the following schedule of deadlines is in effect until further order of this Court:

| | |
|---|---|
| Pretrial Conference and trial scheduling | March 4, 2013<br>10:00 a.m. in **Texarkana, Texas** in fourth floor courtroom |
| Deadline for parties to exchange exhibits | March 1, 2013 |
| Replies in support of Dispositive Motions | February 12, 2013 |
| Response to Dispositive Motions (including Daubert motions)<br><br>Responses to dispositive motions filed prior to the dispositive motion deadline, including Daubert Motions, shall be due in accordance with Local Rule CV-7(e). Motions for Summary Judgment shall comply with Local Rule CV56 | February 5, 2013 |
| Responses to Motions in *Limine* Due | February 1, 2013 |
| Deadline to File Pretrial Materials:<br><br>(1) Joint Pretrial Order, (2) Witness List, (3) Exhibit List and Deposition Testimony Designation, (4) Joint Proposed Jury Instructions and Form of the Verdict, (5) Proposed Findings of Fact and Conclusions of Law, (6) Voir Dire, and (7) Trial Briefs. | February 1, 2013 |
| Deadline for parties to meet and confer on objections | January 25, 2013 |
| Deadline for responses to objections to exhibits and deposition designations | January 21, 2013 |
| Motions in *Limine* Due<br><br>The parties are ordered to meet and confer on their respective motions in limine and advise the court of any agreements in this regard by 3:00 p.m. the business day before the pretrial conference. The parties shall limit their motions in limine to those issues which, if improperly introduced into the trial of the case would be so prejudicial that the court could not alleviate the prejudice with appropriate instruction(s). | January 18, 2013 |

| Deadline for parties to exchange objections to pretrial disclosures | January 18, 2013 |
|---|---|
| Deadline for filing Dispositive Motions and any other motions that may require a hearing (including Daubert motions) | January 14, 2013 |
| Notice of Request for Daily Transcript or Real Time Reporting of Court Proceedings. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Jan Mason at Jan_Mason@txed.uscourts.gov | January 4, 2013 |
| Deadline for parties to exchange pretrial disclosures | January 4, 2013 |
| Mediation to be completed | November 30, 2012 |
| Deadline for filing Opening Letter Briefs seeking leave to file Dispositive Motions and any other motions that may require a hearing (including Daubert motions) | November 15, 2012 |
| Discovery Deadline | November 15, 2012 |
| Deadline to request in writing modification to the trial date | November 14, 2012 |
| Designate Rebuttal Expert Witnesses other than claim construction. Rebuttal Expert Witness Reports due. Refer to Discovery Order for required information | October 23, 2012 |
| Party with the burden of proof to designate Expert Witnesses other than claim construction. Expert Witness Reports due for party with burden of proof to designate (other than claim construction). Refer to Discovery Order for required information | September 19, 2012 |

**SIGNED this 15th day of June, 2012.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE

83143660.1  3