IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ALEXSAM, INC. § | |
| § | |
| Plaintiff, § | Case No. 2:10-cv-93-MHS-CMC |
| § | |
| v. § | |
| § | |
| BEST BUY STORES LP, et al., § | |
| § | |
| Defendants. § | |
| § | |

# **ORDER**

Before the Court is the parties' Joint Motion for Leave to Amend the Court's Scheduling Order. The Court, having review the motion and noting that it is a joint motion, is of the opinion that motion should be **GRANTED**.

It is hereby ordered that the following deadlines are amended as set forth below:

| Event | Proposed Date |
|---|---|
| Mediation to be completed | December 11, 2012 |
| Deadline to file opening Letter Briefs seeking leave to file dispositive motions and any other motions that may require a hearing (including *Daubert* motions) | December 21, 2012 |
| Deadline for parties to exchange pretrial disclosures | January 18, 2013 |
| Deadline to file dispositive motions (including *Daubert* motions) | January 31, 2012 |
| Deadline for parties to exchange objections to pretrial disclosures | February 4, 2013 |
| Motions in *Limine* Due<br><br>The parties are ordered to meet and confer on their respective motions in limine and advise the court of any agreements in this regard by 3:00 p.m. the business day before the pretrial conference. The parties shall limit their motions in limine to those issues which, if improperly introduced into the trial of the case would be so prejudicial that the court could not alleviate the prejudice with appropriate instruction(s). | February 4, 2013 |

| | |
|---|---|
| Deadline for responses to objections to exhibits and deposition designations | February 8, 2013 |
| Deadline for parties to meet and confer on objections | February 12, 2013 |
| Response to Dispositive Motions (including *Daubert* motions) Responses to dispositive motions filed prior to the dispositive motion deadline, including *Daubert* Motions, shall be due in accordance with Local Rule CV-7(e). Motions for Summary Judgment shall comply with Local Rule CV56 | February 14, 2013 |
| Responses to Motions in *Limine* | February 15, 2013 |
| Deadline to File Pretrial Materials: (1) Joint Pretrial Order, (2) Witness List, (3) Exhibit List and Deposition Testimony Designation, (4) Joint Proposed Jury Instructions and Form of the Verdict, (5) Proposed Findings of Fact and Conclusions of Law, (6) Voir Dire, and (7) Trial Briefs. | February 19, 2013 |
| Replies in support of Dispositive Motions | February 21, 2013 |

**SIGNED this 3rd day of December, 2012.**

*/s/ Caroline M. Craven*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE